UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE CONTROLLER, et al.,<br><br>Defendants. | Case No. 1:26-cv-02319-KES-EPG<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>(ECF No. 2). |

Plaintiff Steven Quinn Singleton, proceeding *pro se*, filed this civil case on March 25, 2026. (ECF No. 1). With the complaint, Plaintiff submitted a "short form" application to proceed *in forma pauperis* (IFP). (ECF No. 2). Upon review of the short form IFP application, the Court cannot determine from the information provided whether Plaintiff is entitled to proceed in this action without prepayment of fees

Accordingly, the Court will direct Plaintiff to pay the filing fee or file a long form IFP application—*i.e.*, a form that provides more information about Plaintiff's finances. Plaintiff is advised to fill out the form to the best of his ability, answering only the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form IFP application, Plaintiff must pay the filing fee in full to proceed with this action.

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court shall send Plaintiff a long form IFP application (AO 239).

1

2. Within thirty (30) days of the date of service of this order, Plaintiff shall pay the $405.00 filing fee for this action, or in the alternative, submit the attached IFP application, completed and signed under penalty of perjury.

3. No requests for extension will be granted without a showing of good cause. <u>Failure to comply with this order may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:    **March 26, 2026**                    /s/ _Erica P. Grosjean_
                                                             UNITED STATES MAGISTRATE JUDGE