UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN QUINN SINGLETON, | Case No.   1:26-cv-02319-KES-EPG |
| Plaintiff, | |
| v. | ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| CALIFORNIA STATE CONTROLLER, et al., | (ECF No. 4) |
| Defendants. | |

On May 4, 2026, Plaintiff filed a notice of voluntary dismissal without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) as no Defendant has yet served either an answer or motion for summary judgment. (ECF No. 4).

Accordingly, in light of the voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), and has been dismissed without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to terminate any pending dates and deadlines and to close the case.

IT IS SO ORDERED.

Dated:   **May 6, 2026**                    /s/ *Erin P. Groji*
                                        UNITED STATES MAGISTRATE JUDGE

1